UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| PATRICIA HEINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-CV-28 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

On December 1, 2011, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) (Court File No. 13). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, the Court **ORDERS**:

(1) Plaintiff's motion for judgment on the pleadings is **DENIED** (Court File No. 9);

(2) The Commissioner's motion for summary judgment is **GRANTED** (Court File No. 11);

(3) The Commissioner's decision denying benefits to Plaintiff is **AFFIRMED**; and

(4) This action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**